UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGELIO C. ESPINOZA,<br><br>    Plaintiff,<br><br>v.<br><br>M. LOMELLI,<br><br>    Defendant. | Case No. 16-cv-06197-YGR (PR)<br><br>**SECOND ORDER RE: REASSIGNMENT FROM A MAGISTRATE JUDGE** |

This suit was reassigned from a magistrate judge to the undersigned in light of a recent Ninth Circuit decision.[1] While this case was in the magistrate judge's hands, orders addressing various matters were issued. The Court regards the magistrate judge's orders as reports and recommendations from the magistrate judge to the undersigned.

In an Order dated January 24, 2018, the Court informed the parties that they could now offer objections to those reports and recommendations. Dkt. 28. The Court added that "[a]ny objections must be filed with this Court on or before **February 26, 2018**." *Id.* at 1. The January 24, 2018 Order was sent to Defendant's counsel and to Plaintiff at his address on file at the time. Dkt. 28-1.

To date, no such objections have been filed by either party. Instead, the Court received a notice of a change of address from Plaintiff, which indicates that he had been transferred to another prison as of January 4, 2018. Dkt. 30.

---

[1] *Williams v. King*, 875 F.3d 500, 503 (9th Cir. 2017) (magistrate judge lacked jurisdiction to dismiss case on initial screening because unserved defendants had not consented to proceed before magistrate judge).

Because it is apparent that Plaintiff did not receive the January 24, 2018 Order, the Court will allow a second opportunity for the parties to file objections to the aforementioned reports and recommendations from the magistrate judge. Any objections must be filed with this Court on or before **May 15, 2018.  <u>No extensions of time will be granted.</u>** If a party files no objection by that date, the Court will deem that party to have waived his right to object to the magistrate judge's reports and recommendations.

IT IS SO ORDERED.

Dated: April 26, 2018

_____
YVONNE GONZALEZ ROGERS
United States District Judge